190 So.2d 233

**Antoine BROUSSARD**

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.**

**No. 48323.**

Oct. 5, 1966.

In re: Antoine Broussard applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Martin. 188 So.2d 111.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

190 So.2d 233

**Emmer Lee SCOTT**

v.

**HARDWARE DEALERS MUTUAL INSURANCE COMPANY et al.**

**No. 48325.**

Oct. 5, 1966.

In re: Hardware Dealers Mutual Fire Insurance Company et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 189 So.2d 29.

Writ refused. On the facts found by the Court of Appeal, the result is correct.